IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| KATHRYN A. PLEASANT | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 9:07cv87 |
| COMMISSIONER, SSA | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-styled case be **REVERSED** and **REMANDED** to the Commissioner for further consideration. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-entitled case is **REVERSED** and **REMANDED** to the Commissioner for further consideration consistent with the Report and Recommendation filed on January 12, 2009. Any motion not previously ruled on is **DENIED**.

**SIGNED** this the 17 day of **February, 2009.**

_____
Thad Heartfield
United States District Judge